**Adekunle BALOGUN, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–71993.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 14, 2010.

Helen A. Sklar, Stone & Grzegorek, LLP, Los Angeles, CA, for Petitioner.

Joanne E. Johnson, Esquire, Oil, Anh–Thu P. Mai–Windle, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM ** 

Adekunle Balogun, a native of Nigeria, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Lin v. Holder,* 588 F.3d 981, 984 (9th Cir.2009), and we deny the petition for review.

The BIA did not abuse its discretion in denying Balogun's motion to reopen to apply for relief under the Convention Against Torture as untimely where the motion was not filed within 90 days of the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and Balogun failed to demonstrate eligibility for any of the regulatory exceptions to the time limit, *see* 8 C.F.R. § 1003.2(c)(3).

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.